UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERATED LIFE INSURANCE
COMPANY,

    Interpleader plaintiff,

v.                                                              Case No.: 2:14-cv-568-FtM-38CM

FIFTH THIRD BANK, ROBERT E. TARDIF,
as Trustee of the Bankruptcy Estate of
Randy Mural Long, FLORIDA
PETROLEUM COMPANY LLC, EVANS
ENERGY PARTNERS LLC, KC
TRANSPORTATION LLC, E2 REAL
ESTATE LLC, and EVANS OKEECHOBEE
LLC,

    Defendants.
_____/

## ORDER[1]

This matter is before the Court on Interpleader Plaintiff Federated Life Insurance Company's Notice of Depositing Life Insurance Policy Proceeds Into the Registry of the Court filed on January 28, 2014. (Doc. #39)

Federated Life filed this statutory interpleader action on September 30, 2014, to resolve potential competing claims to two life insurance policies (the "Policies") that insured the life of decedent Randy Mural Long. (Doc. #1; Doc. #20). According to

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Federated Life, Defendants Robert E. Tardif, as trustee of the Bankruptcy Estate of Randy Mural Long, Fifth Third Bank, Florida Petroleum, LLC, Evans Energy Partners, LLC, KC Transportation, LLC, E2 Real Estate LLC, and Evans Okeechobee, LLC, all have a potential interest in the proceeds of the Policies. (Doc. #20 at ¶ 32). Federated Life is uncertain as to whom it should pay the proceeds of the Policies and is concerned about the potential for exposure of multiple liability.

On December 3, 2014, Federated Life filed a Motion to Deposit Insurance Policy Proceeds and For Discharge, which Defendants did not opposed. (Doc. #24). The Court found interpleader to be appropriate and directed Federated Life to deposit the proceeds of the Policies, plus accrued applicable interest, into the Court's Registry. (Doc. #35 at 5, 7). The Court stated it would discharge Federated Life from this action upon receiving Federated Life's deposit. (Id. at 5).

In accordance with the Court's Order, Federated Life timely deposited the proceeds of the Policies, plus applicable interest, into the Court's Registry. (Doc. #37; Doc. #38; Doc. #39). Since that time, however, the Court entered a Clerk's Default against Defendant Robert E. Tardif, as Trustee for the Bankruptcy Estate of Randy Mural Long. (Doc. #48; Doc. #32). As a result, the Court will take Federated Life's deposit under advisement and discharge it from this action only after the matter of a default judgment against Defendant Robert E. Tardif has been resolved.

Accordingly, it is now

**ORDERED:**

The Court **DENIES without prejudice** Interpleader Plaintiff Federated Life Insurance Company's request to be dismissed with prejudice from the above-captioned

case and discharged from further liability with respect to the subject Policies. (Doc. #39). Federated Life may file a renewed motion within fourteen (14) days of the Court resolving any motion for a final default judgment against Defendant Robert E. Tardif, as Trustee for the Bankruptcy Estate of Randy Mural Long.

    **DONE** and **ORDERED** in Fort Myers, Florida this 16th day of February, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record