UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERATED LIFE INSURANCE
COMPANY,

    Interpleader plaintiff,

v.                                            Case No.: 2:14-cv-568-FtM-38CM

FIFTH THIRD BANK, ROBERT E. TARDIF,
as Trustee of the Bankruptcy Estate of
Randy Mural Long, FLORIDA
PETROLEUM COMPANY LLC, EVANS
ENERGY PARTNERS LLC, KC
TRANSPORTATION LLC, E2 REAL
ESTATE LLC, and EVANS OKEECHOBEE
LLC,

    Defendants.
_____/

## **ORDER**[1]

This matter is before the Court on Interpleader Plaintiff Federated Life Insurance Company's Response to Order to Show Cause filed on February 18, 2015. (Doc. #53). Because Defendant E2 Real Estate LLC did not answer or otherwise defended against the above-captioned case in accordance with the Federal Rules of Civil Procedure, the Court ordered Federated Life to show cause why its case against E2 Real Estate should not be dismissed for failure to prosecute. (Doc. #50). Federated Life timely responded,

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

stating that E2 Real Estate had inadvertently not answered the Amended Complaint. (Doc. #53 at ¶ 1; Doc. #20). It was not until the Court's Order (Doc. #50) that counsel for E2 Real Estate and Federated Life realized that an answer had not been filed. (Doc. #53 at ¶ 3). As such, E2 Real Estate immediately filed its Answer to the Amended Complaint. (Doc. #52).

Based on Federated Life's representations in its Response to the Order to Show Cause (Doc. #53) and E2 Real Estate filing an Answer (Doc. #52), the Court finds good cause why this action should not be dismissed against E2 Real Estate for want of prosecution.

Accordingly, it is now

**ORDERED:**

The Court will take no further action on its Order dated February 17, 2015 (Doc. #50).

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of February, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record