UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERATED LIFE INSURANCE
COMPANY,

    Plaintiff,

v.                                     Case No:  2:14-cv-568-FtM-38CM

FIFTH THIRD BANK, ROBERT E.
TARDIF, FLORIDA PETROLEUM
COMPANY LLC, EVANS ENERGY
PARTNERS LLC, KC
TRANSPORTATION LLC, E2 REAL
ESTATE LLC and EVANS
OKEECHOBEE LLC,

    Defendants.
_____/

# ORDER[1]

This matter comes before the Court on the Joint Motion for Order Directing Clerk to Release Funds (Doc. #64) filed by Defendant Fifth Third Bank and Defendants Florida Petroleum Company, LLC, Evans Energy Partners, LLC, KC Transportation, LLC, E2 Real Estate, LLC and Evans Okeechobee (the "Evans Defendants) on September 18, 2015.

Federated Life Insurance Company initiated this interpleader action because of a dispute over life insurance proceeds from the death of Randy Murl Long, a former principle of Defendant Evans Oil Company, LLC and/or its affiliates. (Doc. #64 at ¶ 1).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The Court found interpleader to be appropriate and directed Federal Life to deposit the proceeds of the applicable insurance policies, plus accrued interested, into the Court's Registry.  (Doc. #35).  Federated Life deposited said funds on January 27, 2015, to which the Evans Defendants and Defendant Fifth Third Bank made claims.  (Doc. #37; Doc. #38; Doc. #39; Doc. #40; Doc. #45).  The Evans Defendants and Defendant Fifth Third Bank have now resolved their respective claims to the funds and agreed to distribution of said money.  (Doc. #64 at ¶¶ 3-5).  Upon careful consideration, the Court will grant the Motion.  (Doc. #64).

Accordingly, it is now

**ORDERED**:

(1) The Joint Motion for Order Directing Clerk to Release Funds (Doc. #64) is **GRANTED**.

(2) The Clerk of Court is **DIRECTED** to issue checks drawn on the Court Registry and made payable and delivered as follows:

   a. to Evans Energy Partners, LLC for **$2,257,804.51, plus 56.25 percent of all interest accruing since January 27, 2015**.  The check shall be mailed to Matthew P. Flores, Esq., at Woodward, Pires & Lombardo, P.A., 3200 Tamiami Trail, North, Ste. 200, Naples, Florida 34103.

   b. to Fifth Third Bank for **$1,756,070.18, plus 43.75 percent of all interest accruing since January 27, 2015**.  The check shall be mailed to Patricia L. Hill, Esq., at Statman Harris & Eyrich, LLC, 1 S. Main St., Ste. 900, Dayton, Ohio 45402.

(3) Upon transmitting such checks to counsel for the parties as set forth herein, the Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate all pending deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of September, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record