UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERATED LIFE INSURACE
COMPANY,

      Plaintiff,

v.

FIFTH THIRD BANK, ROBERT E.
TARDIF, FLORIDA PETROLEUM
COMPANY LLC, EVANS ENERGY
PARTNERS LLC, KC
TRANSPORTATION LLC, E2
REAL ESTATE LLC and EVANS
OKEECHOBEE LLC,

      Defendants.

Case No:   2:14-cv-568-FtM-38CM

## ORDER

This matter comes before the Court upon review of Defendant Fifth Third Bank's Unopposed Motion for Enlargement of Time to File Response to Seminole Tribe of Florida, Inc.'s Motion to Intervene (Doc. 100), filed on October 3, 2016.   On June 24, 2016, Seminole Tribe of Florida, Inc. ("STOFI") filed a Motion to Intervene as Defendant, Reopen Interpleader, and Set Aside Judgment.   Doc. 69.   Defendant Fifth Third Bank ("Fifth Third") requests an extension of time up to and including October 25, 2016 to respond to the motion.   Doc. 100 at 2.   Fifth Third's current deadline to respond to the motion is October 4, 2016.   Doc. 98.

This is Fifth Third's sixth requested extension of time to respond to STOFI's motion as the Court has previously granted five extensions.   Doc. 76, 81, 89, 93, 98. In each previous request for extension, Fifth Third stated that "[STOFI's] Motion to

Intervene and proposed Answer, Affirmative Defenses and Counterclaim contain signification allegations that need to be investigated before an appropriate response can be prepared." Docs. 75, 79, 86, 92, 97. The current motion alleges the same thing and fails to explain to the Court why any of the previous five extensions did not provide adequate time to investigate the allegations and prepare a response. Nevertheless, because the motion is unopposed, the Court will grant this requested extension. The Court, however, will not be inclined to grant additional extensions beyond that provided by this Order absent extenuating circumstances.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant Fifth Third Bank's Unopposed Motion for Enlargement of Time to File Response to Seminole Tribe of Florida, Inc.'s Motion to Intervene (Doc. 100) is **GRANTED**. Fifth Third Bank shall have up to and including October 25, 2016 to respond to the Motion to Intervene as Defendant, Reopen Interpleader, and Set Aside Judgment (Doc. 69).

**DONE** and **ORDERED** in Fort Myers, Florida on this 3rd day of October, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record