**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

FEDERATED LIFE INSURACE COMPANY,

Plaintiff,

v. Case No: 2:14-cv-568-FtM-38CM

FIFTH THIRD BANK, ROBERT E. TARDIF, FLORIDA PETROLEUM COMPANY LLC, EVANS ENERGY PARTNERS LLC, KC TRANSPORTATION LLC, E2 REAL ESTATE LLC and EVANS OKEECHOBEE LLC,

Defendants.

---

**ORDER**

This matter comes before the Court upon review of Defendant Fifth Third Bank's Unopposed Motion for Enlargement of Time to File Response to Seminole Tribe of Florida, Inc.'s Motion to Intervene (Doc. 102) filed on October 21, 2016. On June 24, 2016, Seminole Tribe of Florida, Inc. ("STOFI") filed a Motion to Intervene as Defendant, Reopen Interpleader, and Set Aside Judgment. Doc. 69. This is Fifth Third's seventh requested extension of time to respond to STOFI's motion as the Court has previously granted six extensions. *See* Doc. 101 at 1-2. The current deadline for Fifth Third to respond to STOFI's motion is October 25, 2016 and it seeks an extension until November 28, 2016 to do so.

In each previous request for extension, Fifth Third stated that "[STOFI's] Motion to Intervene and proposed Answer, Affirmative Defenses and Counterclaim

contain signification allegations that need to be investigated before an appropriate response can be prepared." *Id.* In the last Order granting Fifth Third's sixth extension, the Court warned

> The current motion alleges the same thing and fails to explain to the Court why any of the previous five extensions did not provide adequate time to investigate the allegations and prepare a response. Nevertheless, because the motion is unopposed, the Court will grant this requested extension. *The Court, however, will not be inclined to grant additional extensions beyond that provided by this Order absent extenuating circumstances.*

*Id.* Fifth Third's current motion is identical to its previous motions and fails to take into account the Court's previous warning. The motion fails to provide any additional details why any of the previous six extensions did not provide adequate time to investigate the allegations and prepare a response. The Court's orders are not to be taken as mere suggestions, but rather to be complied with strictly.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant Fifth Third Bank's Unopposed Motion for Enlargement of Time to File Response to Seminole Tribe of Florida, Inc.'s Motion to Intervene (Doc. 102) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 24th day of October, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies: Counsel of record