UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERATED LIFE INSURANCE
COMPANY,

      Plaintiff,

v.                                      Case No: 2:14-cv-568-FtM-38CM

FIFTH THIRD BANK, ROBERT E.
TARDIF, FLORIDA PETROLEUM
COMPANY LLC, EVANS ENERGY
PARTNERS LLC, KC
TRANSPORTATION LLC, E2
REAL ESTATE LLC and EVANS
OKEECHOBEE LLC,

      Defendants.

## ORDER

This matter comes before the Court upon review of Intervenor's Partially Unopposed Motion for Enlargement of Time to File Objections to Report and Recommendation (Doc. 113) filed on February 7, 2017.

On January 31, 2017, the Court entered a Report and Recommendation concerning The Seminole Tribe of Florida Inc.'s ("STOFI") Motion to Intervene as Defendant, Reopen Interpleader, and Set Aside Judgment (Doc. 69). Any objections to said Report and Recommendation are due on or before February 14, 2017. STOFI requests a ten-day extension of this deadline, citing deadlines in other matters with which its counsel must comply. Doc. 113 at 1. The Court finds good cause to grant a limited extension, only up to and including February 21, 2017.

For the benefit of the remaining parties, the Court is mindful that STOFI's motion was filed on June 24, 2016. The Court granted several extensions to the parties involved until the motion became ripe on December 19, 2016. As the Court must proceed with a just and speedy determination of the motion, any future requests for extensions to file objections or replies to objections are strongly disfavored.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Intervenor's Partially Unopposed Motion for Enlargement of Time to File Objections to Report and Recommendation (Doc. 113) is **GRANTED in part**. The Seminole Tribe of Florida Inc. shall have **up to and including February 21, 2017** to file any objections to the Report and Recommendation (Doc. 112).

**DONE** and **ORDERED** in Fort Myers, Florida on this 8th day of February, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record